UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ABDIKARIM KARRANI, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL |
| JETBLUE AIRWAYS CORPORATION, a Delaware corporation, | |
| Defendant. | |

## I.    PARTIES AND JURISDICTION

1.1     Plaintiff Abdikarim Karrani ("Karrani" or "plaintiff") is a citizen of Washington State residing in Tukwila, Washington.

1.2     Defendant JetBlue Airways Corporation is a Delaware corporation doing business in Washington. The company will be referred to as "JetBlue."

1.3     The federal district court has jurisdiction over this cause under 28 U.S.C. § 1331.

1.4     The claims asserted herein are not pre-empted by the Convention for the Unification of Certain Rules for International Carriage by Air ("Montreal Convention"),

COMPLAINT AND JURY DEMAND - 1

SHERIDAN LAW FIRM, P.S.
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA  98104
Tel: 206-381-5949  Fax: 206-447-9206

which applies to "international carriage" as defined in the treaty, because the place of departure in this case is Somalia, which is not a signatory party to the Montreal Convention or any other international protocol governing air travel.

## II.    FACTS

**A.    Background**

2.1    Abdikarim Karrani is Somali by birth and an African-American citizen of the United States.  Mr. Karrani is 81 years old.  He speaks English with a Somali accent.

2.2    In late 2017, Mr. Karrani traveled from Seattle to Somalia.

2.3    While in Somalia, Mr. Karrani contracted (the "contract") with Emirates Airlines for a one-way flight from Somalia to Seattle, which included stops in Dubai and New York City.

2.4    Mr. Karrani's flight from Somalia to Dubai was late, so he missed his connecting flight and was placed on a different flight to New York.

2.5    JetBlue assumed duties under the contract to bring Mr. Karrani from New York to Seattle.

2.6    After landing at New York's JFK Airport, on January 20, 2018, Mr. Karrani boarded a flight operated by JetBlue flight (the "JetBlue flight") from New York to Seattle.

2.7    The JetBlue flight, B6263, is a code-share flight, which Emirates publishes and markets as EK6149. The boarding pass provided to Mr. Karrani for his flight from New York to Seattle bore the Emirates logo. See Appendix.

2.8    Mr. Karrani sat in economy seating on the JetBlue flight.

2.9    Mr. Karrani is diabetic.

COMPLAINT AND JURY DEMAND - 2

1

2.10    Mr. Karrani was the only African-American on the JetBlue flight.

2

2.11    During the JetBlue flight, a report of a medical emergency onboard caused

3

the plane to divert to Logan Airport in Billings, Montana.

4

2.12    Prior to landing in Billings, owing to his age and diabetic condition, Mr.

5

Karrani sought to use the restroom.  The restroom door was closed and unlocked; the

6

vacancy sign was illuminated.  Mr. Karrani opened the door and saw a woman standing in

7

the restroom with her back to him.

8

2.13    Embarrassed, Mr. Karrani quickly shut the door and proceeded to stand

9

10

outside. Caucasian JetBlue flight attendant Cindy Pancerman ("Pancerman") asked Mr.

11

Karrani to use the back lavatory. As a then 81-year-old diabetic who experiences sudden

12

and urgent needs to use the restroom, Mr. Karrani, speaking clearly but with his Somali

13

accent, replied that he "would just wait for [the front restroom] to open up."

14

2.14    Ms. Pancerman responded to Mr. Karrani by pushing him towards the back

15

lavatory. Startled and anxious, Mr. Karrani attempted to brush her hand off him. Mr.

16

17

Karrani proceeded to another restroom at the back of the plane.

18

2.15    After using that restroom, Mr. Karrani returned to his seat.  From the

19

second restroom to his seat, Mr. Karrani told a flight attendant that he had his own medical

20

issues that required his use of the restroom or words to that effect, and said he had diabetes

21

and a prostate problem.  No JetBlue employee spoke to him again, and no crew member

22

23

sought to assist Mr. Karrani with his medical situation, although the crew did provide

24

assistance to another non-black passenger with a medical situation.

25

2.16    No JetBlue employee or any third party stood near his seat during the flight

COMPLAINT AND JURY DEMAND - 3

(as one would expect if he needed guarding), and on information and belief, no JetBlue employee or other third party monitored him in any way after he returned to his seat.

2.17    Mr. Karrani posed no danger to anyone on the JetBlue flight, and JetBlue had no reasonable belief that Mr. Karrani might have endangered the flight.

2.18    Upon landing, airport police boarded the plane and were informed by one or more members of the JetBlue flight crew that an assault occurred on the plane during a medical emergency.

2.19    Airport police removed Mr. Karrani from the JetBlue flight at the request of the JetBlue flight pilot because Ms. Pancerman claimed to be "afraid of him."  On information and belief, the JetBlue pilot is Caucasian.

2.20    Mr. Karrani was escorted by police through the aisle and out the door, which caused him humiliation, because all other passengers were seated and observed his departure.  Mr. Karrani was removed against his will.  He was the only person removed by police from the JetBlue flight.  On information and belief, the police were Caucasian.

2.21    The JetBlue flight did not depart immediately after Mr. Karrani was removed from the flight, because Ms. Pancerman voluntarily decided to leave the flight, which prevented the JetBlue flight from departing because the flight was understaffed by her departure.

2.22    Owing to Ms. Pancerman's voluntary decision to abandon the flight, all of the passengers had to disembark the JetBlue flight and board another plane to Seattle.  On information and belief, they boarded a later flight to Seattle operated by JetBlue.

2.23    Jet Blue made no effort to determine the falsity of the accusations made by

COMPLAINT AND JURY DEMAND - 4

SHERIDAN LAW FIRM, P.S.
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA  98104
Tel: 206-381-5949  Fax: 206-447-9206

Ms. Pancerman against Mr. Karrani.

2.24    Airport police officer Randy Winkley interviewed witnesses and issued a report.  The statements made to Office Winkley and his report are attached as an appendix to this complaint and is incorporated by reference. See Appendix.

2.25    JetBlue had access to the information obtained by Officer Winkley, which is attached to the appendix, but made no effort to allow Mr. Karrani to board the next flight to Seattle.  JetBlue knew that Mr. Karrani was not a threat to the safety of any flight or any person.

2.26    Mr. Karrani had the right to all the benefits, privileges, terms, and conditions of the contractual relationship with Emirates and JetBlue, and in violation of the law, JetBlue impeded and circumvented Mr. Karrani's right to enforce the full and equal benefit of his contract to fly from New York to Seattle as was enjoyed by white citizens who were passengers on the JetBlue flight.

2.27    Mr. Karrani was driven away from the JetBlue flight by police after his removal from the plane but was not charged with any crime, because he committed no crime.  Mr. Karrani was seated in the police car's "front passenger seat because … he did not act in a threatening manner in any way."  See Appendix.

2.28    JetBlue made no effort to obtain transportation for Mr. Karrani from Billings to Seattle.  Mr. Karrani was lightly dressed, and JetBlue made no effort to provide him with warm clothes.

2.29    The police drove Mr. Karrani to a hotel in Billings, but because he had no credit card, and the hotel would not let him pay cash, Mr. Karrani had to find another hotel

COMPLAINT AND JURY DEMAND - 5

that would take his cash.  Mr. Karrani stayed overnight in Billings, and the next day he used much of his remaining cash to buy a ticket on Delta.  He flew home to Seattle on January 21, 2018.  See Appendix.

2.30    Later, Mr. Karrani contacted JetBlue seeking a refund for the cost of his Delta flight, but JetBlue did not respond to his request.

2.31    JetBlue did not apologize for its conduct, or for the harm caused to Mr. Karrani by the acts of JetBlue.

2.32    JetBlue's acts and omissions harmed Mr. Karrani and were malicious, oppressive or in reckless disregard of his rights.

2.33    JetBlue is responsible for the acts and omissions of their officers, agents and employees under the legal doctrine of respondeat superior.

### III.    CAUSE OF ACTION

3.1    Plaintiff re-alleges the facts set forth in paragraphs 2.1-2.33 above and incorporates the same by reference.

3.2    Plaintiff's race, national origin and ethnicity were "material" and "substantial" factors in JetBlue's decision to remove Mr. Karrani from the JetBlue Flight and in the additional mistreatment that preceded and followed his removal from the JetBlue flight.

3.4    The facts state a claim for discrimination under 42 U.S.C. § 1981.

### IV.    PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows:

4.1    Contract damages;

COMPLAINT AND JURY DEMAND - 6

SHERIDAN LAW FIRM, P.S.
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA  98104
Tel: 206-381-5949  Fax: 206-447-9206

4.2     Out of pocket damages owing to Mr. Karrani's removal from the JetBlue flight;

4.3     Nonmedical damages for emotional harm, including, but not limited to, loss of enjoyment of life, pain and suffering, mental anguish, emotional distress, injury to reputation, fear, and humiliation;

4.4     Punitive damages;

4.5     Injunctive relief requiring JetBlue employees to receive training regarding race-related implicit bias;

4.6     Declaratory relief;

4.7     Reasonable attorney's fees and costs;

4.8     Whatever further and additional relief the court shall deem just and equitable.

## V.     DEMAND FOR JURY

5.1     Plaintiff hereby demands that this case be tried before a jury of twelve.

DATED this 15th day of October, 2018.

THE SHERIDAN LAW FIRM, P.S.


By: s/John P. Sheridan
        John P. Sheridan, WSBA # 21473
        Hoge Building, Suite 1200
        705 Second Avenue
        Seattle, WA 98104
        Phone: 206-381-5949
        Fax: 206-447-9206
        Email: jack@sheridanlawfirm.com

*Attorneys for Plaintiff*

COMPLAINT AND JURY DEMAND - 7

# APPENDIX



KARRANI000001

## Ticket Document Charges

| Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount |
|-----|--------|-----|--------|-----|--------|-----|--------|-----|--------|-----|--------|-----|--------|
| AY | 5.60 | US | 26.79 | XF | 7.50 | ZP | 8.40 | | | | | | |

From: **ticketreceipt** ticketreceipt@delta.com 📎
Subject: RE: [EXTERNAL] Itineraries to my flight from billings MN to Seattle.
Date: July 30, 2018 at 12:46 PM
To: Abdikarim Karrani  karrania06@gmail.com

**Hello,**

**Below are your requested receipt(s).  If I can be of further assistance, please feel free to email us back.**

**Thank you for your continued support of Delta Air Lines.**

*Angella Starr*

*Ticket receipts- 823*





BIL DL X/SLC DL SEA357.21HA0VA0MC USD357.21END ZP BILSLC XF BIL3SLC4.5

| | | | |
|---|---|---|---|
| FARE: USD357.21 | EQUIVALENT FARE PAID: USD357.21 | FORM OF PAYMENT: CASH | |
| TAX: See Tax Coupon > | PCS:  CK WT:  UNCK WT: | SEQ NO:  ALLOW: PCS:  CK WT:  UNCK WT: | |
| TAX: | STOCK CONTROL NUMBER TX | DOCUMENT NUMBER | |
| TAX: | | 0  006  2146598319  1 | |
| TOTAL: USD405.50 | | | |

************************
NOT VALID FOR TRAVEL
A/L:  FLIGHT:  FROM:  TO:  CMPT:
DATE:
ESAC:
DOCUMENT NUMBER:
0  006  2146598319  1
Audit Coupon

[ 1 ] [ 2 ] [ 3 ] [ 4 ] [ Auditor ]

## Ticket Document Charges

| Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount | Tax | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AY | 5.60 | US | 26.79 | XF | 7.50 | ZP | 8.40 | | | | | | |

```
ITINERARY:           CARRIER  FLT #  CLASS   FLT DATE
ORG  DST  STATUS  NBR  DPT TIME    ARR TIME
RD
                   DL      1698     H   21 JAN
2018   BIL  SLC  NN/HK   01   6:20 AM    7:53 AM
RD
                   SEAT   1698           21 JAN
2018   BIL  SLC  CI/ON  20A
KARRANI/ABOIKARIM
                   DL      827      H   21 JAN
2018   SLC  SEA  NN/HK   01   8:35 AM   10:01 AM
RD
                   SEAT   827            21 JAN
2018   SLC  SEA  CI/ON  35D
KARRANI/ABOIKARIM
```

**KARRANI000003**

Angella Starr

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.  See the Delta **Privacy Policy**.*

**From:** Abdikarim Karrani [mailto:karrania06@gmail.com]
**Sent:** Sunday, July 22, 2018 10:23 AM
**To:** ticketreceipt <ticketreceipt@delta.com>
**Subject:** Re: [EXTERNAL] Itineraries to my flight from billings MN to Seattle.

Delta flight No Salt lake 1698,salt lake to Seattle flight No 827
Date of transactoon Jan 21.18
Origin Airport Billings
Ticket payment was Cash
Passenger Name Abdikarim A Karrani
That is what I can proved you,sorry for the dilay ,Thanks

On Thu, May 24, 2018, 11:05 AM ticketreceipt <ticketreceipt@delta.com> wrote:

> Mr./Ms. Karrani
>
> In order to process your request for a ticket/baggage receipt I am going to need more information see below.
>
> Date of Transaction:
> Origin  Airport:
> Credit Card used:
> Passenger name : (exactly as it appears on the ticket):
> Ticket number :
> Confirmation #:
>
> We certainly appreciate your business and loyalty to Delta.
>
> Sincerely,
>
> *Maria Veliz*
> Delta Air Lines Inc.
> Ticket Records – Dept. 815
>
> 
>
> **From:** Abdikarim Karrani [mailto:karrania06@gmail.com]
> **Sent:** Tuesday, May 01, 2018 2:54 AM
> **To:** ticketreceipt <ticketreceipt@delta.com>
> **Subject:** [EXTERNAL] Itineraries to my flight from billings MN to Seattle.

Will you please reprint my itineraries on Jan 21 form Billings to Seattle which I  did a cash payment, my name is Abdikarim A Karrani,Thanks



# CITY OF BILLINGS

### CITY ATTORNEY'S OFFICE
### P.O. BOX 1178
### BILLINGS, MONTANA 59103

(406) 657-8205
FAX (406) 657-3067

March 20, 2018

Abdikarim Karrani
3730 So. 148th St. #66
Tukwila, WA 98168

    **RE:**   **Your Public Records Request**

Dear Mr. Karrani:

    Thank you for your public records request. Montana statutes provide that *public criminal justice information* may be released without review by a court, but release of *confidential criminal justice information* is "restricted to criminal justice agencies, to those authorized by law to receive it, and to those authorized to receive it by a <u>district court</u> upon a written finding that the demands of individual privacy do not clearly exceed the merits of public disclosure." See §44-5-303(1), Montana Code Annotated (MCA).

    *Public criminal justice information* is defined in §44-5-103(13), MCA. Public criminal justice information "originated by a criminal justice agency" includes: initial offense reports; initial arrest records; bail records; and daily jail occupancy rosters.
See §44-5-103(13)(e)(i)(ii)(iii)(iv), MCA.

    Enclosed please find the Billings Police Department documents necessary to fulfill your public records request. I have redacted phone numbers, social security numbers, driver's license numbers and birthdates as this is information I am forbidden by law from releasing.

    If you have any questions, please feel free to contact our office.

Sincerely,

**BILLINGS CITY ATTORNEY'S OFFICE**

Thomas Pardy
Deputy City Attorney

**KARRANI000006**

03/20/2018  08:08   14066573012        CITYOFBILLINGSAIRPOR              PAGE  01

# AIRPORT POLICE DIVISION
## Incident Report

| Report # | Date/Time of Report | | Date/Time of Incident |
|---|---|---|---|
| 2018 9 | 01/20/2018 2020 | | 01/20/2018 2020 |

| Reporting Party | Role in Incident | Agency |
|---|---|---|
| PANCERMAN, CINDY | Complainant | Individual |

| Address | City | State | ZIP | Home Phone | Business Phone |
|---|---|---|---|---|---|
| 850 Lake Carolyn Pkwy | Las Colinas | TX | | | |

| Nature of Report | Location of Incident |
|---|---|
| Disturbance | ON AIRCRAFT IN AIR |

| Name | Suspect/Victim | Sex | Race | DOB | Age | Home Phone |
|---|---|---|---|---|---|---|
| Karrani, Abdikarim A | Suspect | Male | | | 80 | |

| Home Address | City | State | ZIP |
|---|---|---|---|
| 3730 S 148th St #66 | Tukwila | WA | 98168 |

| Business Address | City | State | ZIP | Business Phone |
|---|---|---|---|---|
| | | | | |

| Reporting Officer | Assisting Officers | Approved By | Date |
|---|---|---|---|
| Winkley, Randy | | | |

**Circumstances**

ON 1/20/18 AT ABOUT 2020 HRS I RESPONDED TO A DIVERTED AIRCRAFT LANDING AT THE BILLINGS LOGAN AIRPORT.  THERE WAS A JET BLUE AIRCRAFT COMING IN WITH A MEDICAL EMERGENCY.  THE FLIGHT WAS COMING FROM NEW YORK AND HEADING TO SEATTLE.  THE EMERGENCY WAS A 84 YEAR OLD LADY POSSIBLY HAVING A STROKE.

I ARRIVED A ASSISTED MEDICAL PERSONNEL.  I WAS THEN ADVISED THAT THE STAFF ON THE JET NEEDED TO TALK TO ME ABOUT AN ASSAULT THAT OCCURRED AT THE SAME TIME AS THE MEDICAL EMERGENCY.

I WENT ON BOARD THE PLANE AND CONTACTED FLIGHT ATTENDANT CINDY PANCERMAN.  SHE TOLD ME THAT WHEN THE EMERGENCY HAPPENED, A GENTLEMAN (MR. KARRANI) WENT TO USE THE FRONT BATHROOM.  CINDY TRIED TO GUIDE MR. KARRANI TO THE REAR BATHROOM SINCE THE FRONT ONE WAS OCCUPIED AND THE EMERGENCY WAS OCCURRING NEXT TO THAT BATHROOM.  CINDY SAID THAT SHE TRIED TO GUIDE MR. KARRANI TO THE BACK OF THE PLANE WHEN HE SWATTED AT HER.

I OBSERVED NO VISIBLE INJURIES TO CINDY.  SHE DID NOT COMPLAIN OF ANY PAIN.  I TALKED WITH HER AND THE CAPTAIN AND ASKED THEM WHAT THEY WANTED ME TO DO.  THEY ASKED ME TO REMOVE MR. KARRANI FROM THE PLANE BECAUSE CINDY WAS AFRAID OF HIM.

I THEN WENT AND CONTACTED MR. KARRANI AND TOLD HIM THAT HE WAS NOT UNDER ARREST, BUT HE DID NEED TO EXIT THE PLANE.  HE WAS VERY COOPERATIVE AND DID EVERYTHING I ASKED OF HIM.  I TOLD HIM WHY HE HAD TO LEAVE AND I ESCORTED HIM TO MY CAR.  I ASKED HIM ABOUT LUGGAGE.  HE SAID HE DID NOT HAVE ANY TO GET.

I HAD HIM SIT IN MY FRONT PASSENGERS SEAT BECAUSE HE WAS ELDERLY AND DID NOT ACT IN A THREATENING MANNER IN ANY WAY.  HE TOLD ME THAT HE HAS MEDICAL ISSUES HIMSELF AND THAT HE DID NOT ASSAULT THE FLIGHT ATTENDANT.  HE DID INDICATE THAT HE WAS SURPRISED THAT SOMEONE WAS IN THE BATHROOM AND THEN EVEN FURTHER SHOCKED WHEN HE WAS TOUCHED BY THE FLIGHT ATTENDANT.  I DID NOT SMELL ANY ODOR OF INTOXICANTS COMING FROM MR. KARRANI.

**KARRANI000007**

03/20/2018   08:08    14066573012           CITYOFBILLINGSAIRPOR           PAGE   02

I DROVE HIM AROUND TO THE FRONT OF THE AIRPORT WHERE HE COULD CALL FOR A HOTEL ROOM AND SHUTTLE. I HELPED HIM DO THIS BECAUSE HIS ENGLISH WAS NOT REAL STRONG. I IDENTIFIED HIM USING HIS WASHINGTON STATE DRIVERS LICENSE. I EXPLAINED TO HIM THAT HE COULD COME BACK IN THE MORNING AND CATCH ANOTHER FLIGHT TO SEATTLE. I THEN WAITED FOR THE SHUTTLE TO COME AND GET HIM.

I TOOK WRITTEN STATEMENTS FROM THREE FLIGHT ATTENDANTS AND TWO PASSENGERS. ALL OF THESE STATEMENTS ARE ATTACHED. FROM READING ALL OF THE STATEMENTS, TALKING WITH THE PEOPLE, AND LOOKING AT THE TOTALITY OF THE CIRCUMSTANCES, I DO NOT BELIEVE THIS INCIDENT REACHES THE LEVEL OF AN ASSAULT.

CINDY WAS EMOTIONALLY UPSET TO THE POINT WHERE SHE COULD NOT CONTINUE TO WORK. THIS AIRCRAFT COULD NOT GO ANY FURTHER BECAUSE IT WAS NOW UNDER STAFFED. ALL OF THE PASSENGERS HAD TO GET OFF AND ANOTHER JET BLUE AIRCRAFT WAS CALLED IN TO TAKE THEM TO SEATTLE. THIS OCCURRED AROUND 2330 HRS.

CINDY'S STATEMENT IS ATTACHED ALONG WITH TWO OTHER FLIGHT ATTENDANTS (MARY SALVADOR AND LAMONT WILKINSON)

THERE ARE ALSO TWO WITNESS STATEMENTS FROM TWO PASSENGERS (DANIELLE RICHARDSON AND KENNETH ESPIRLTUSANTO) ATTACHED.

THIS IS AN INFORMATIONAL REPORT ONLY.

KARRANI000008

Received Fax :     Mar 20 2018 08:03AM     Fax Station :   City Of Billings Legal        page   3

03/20/2018   08:08     14066573012          CITYOFBILLINGSAIRPOR          PAGE  03

*C -1*                                      *(AIRPORT)*          *CASE # APD 2018-9*

# BILLINGS POLICE DEPARTMENT

## WITNESS HEADING

C&O Number: _____ Location: _____

Date: _1/20/18___ Time Started: _____ Time Concluded: _____

I, _Cindy Panceman_____ DOB: ▬▬▬▬▬▬

Address: _850 Lake Carolyn Pkwy___ Home Ph: ▬▬▬▬ Work Ph: _____
_Las Colinas TX____

make this true and voluntary statement without threats or promises to Officer _Hornsley_ of
the Billings Police Department.

Pax seated in 7B came up to use the
fwd lav during a medical that was
taking place. There was another pax
in the lav and the door was locked
Somehow he got the door open and
began yelling at the woman in the lav
for not locking the door I asked him
to use the lav in the rear of the
cabin and he started screaming at me
I told him we were in the midst
of a medical situation and preparing
to land. I went to put my arm
behind him, without touching him, and
he forcefully hit my arm away
He went to the rear of the cabin
and told the the other flight
attendants that I hit him

**I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AS WRITTEN.**
Signed _C. Pance_____ Date _1/20/18___

KARRANI000009

*JET BLUE*                    (AIRPORT)        *CASE #110    2618-4*

# BILLINGS POLICE DEPARTMENT

## WITNESS HEADING

C&O Number: _____   Location: _____

Date: 1/20/18 ____ Time Started: _____   Time Concluded: _____

I, MARY ANN SALVADOR                              DOB: ████████

Address: 801 S. KING ST. #2110        Home Ph: ████    Work Ph: ████
HONOLULU  HI  96813

make this true and voluntary statement without threats or promises to Officer _Brinkley_ of

the Billings Police Department.

---

Our FLIGHT HAD A MEDICAL EMERGENCY WHILE WE WERE UP IN THE AIR. A DOCTOR ONBOARD WAS HELPING A CUSTOMER SEATED IN ROW 1B. OUR F1 FLIGHT ATTENDANT WAS ASSISTING UPFRONT WHILE WE WERE ASKED BY THE CAPTAIN TO PREPARE THE CABIN TO LAND IN BILLINGS. A CUSTOMER CAME UP FRONT AND WANTED TO USE THE LAVATORY. I SAW CINDY (FLIGHT ATTENDANT) STOPPING HIM AND ASKED HIM TO USE THE BACK LAVATORY AS I WAS ABOUT TO WALK TOWARDS THE FRONT, I SAW THE CUSTOMER PUSHED/TOUCHED HER HAND. CINDY CALLED IN THE BACK AND TOLD US AS THE CUSTOMER WALKED BACK. HE RAISED HIS VOICE AND SAID, I DID NOT TOUCH HER, SHE PUSHED ME. HE EVEN SAID, I DO NOT CARE ABOUT THE MEDICAL EMERGENCY IN THE FRONT. CINDY DID NOT HURT HIM IN ANY WAY.

---

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AS WRITTEN.

Signed _____         Date____1/20/18____

*JET BLUE*    *AIRPORT*    *APD-2018-9*

# BILLINGS POLICE DEPARTMENT

## WITNESS HEADING

C&O Number: _____  Location: _____

Date: 1/20/18 _____  Time Started: _____  Time Concluded: _____

I, Lamont Wilkinson _____  DOB: ▓▓▓▓▓▓

Address: 1250 Hunt ct #~~335~~ 1305 _____ Home Ph: ▓▓▓▓▓ Work Ph: _____
Richardson tx 75082

make this true and voluntary statement without threats or promises to Officer Hinkley of
the Billings Police Department.

A passenger came to the AA galley. The FA asked why
did he push the FA, he replied that he didn't hit her and
She hit him. The FA informed him that there was an
emergency situation then he responded that he didn't
care because he has his own medical situation too.
he went into the lav saying she pushed me. The
FA came to the back to talk to the guy to try
to solve the situation but after thinking about it
didn't feel comfortable with him and then called
the Captain to inform him of the situation

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AS WRITTEN.
Signed _L. Wilkinson_ _____  Date 01/20/18

**KARRANI000011**

*(AIRPORT)*
APD → 2018-9

# BILLINGS POLICE DEPARTMENT

### WITNESS HEADING

C&O Number: _____ Location: _____

Date: 1-20-18 _____ Time Started: _____ Time Concluded: _____

I, Danielle Richardson _____ DOB: _____

Address: _____ Home Ph: ▓▓▓▓▓ Work Ph: ▓▓▓▓▓ of

make this true and voluntary statement without threats or promises to Officer _Winkley_ of

the Billings Police Department.

I witnessed an elderly man come to use the restroom
at the front of the plane. Even though there was
someone in the restroom at the time they had
not locked the door causing the available sign to
remain illuminated. At which time the elderly man
opened the door and immediatly shut it after
seeing someone in there. At this time he appeared flustered
and the flight attendent Cindy told the elderly man
to use the restroom at the back of the plane.
He said he "would just wait for this one to open up"
at which time Cindy persisted and began to use force
to remove the man. After Cindy put her hands on the
elderly mans shoulder & arm he did a motion to
free his body from her. at NO point did I witness
him push Cindy nor did he say anything agressive
or out of turn. He then proceeded to the back restroom
with no further resistance. the whole interaction lasted
36 seconds. I observed no pushing
nor threat to cindy nor any other passangers
Please protect and save and uphold the constitution. This man did
nothing other than try to use
the restroom.

**I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AS WRITTEN.**
Signed _____

Date _____

1-20 KARRANI000012

Received Fax :   Mar 20 2018 08:03AM   Fax Station :   City Of Billings Legal       Page   7

03/20/2018  08:08   14066573012          CITYOFBILLINGSAIRPOR                PAGE  07

CASE de AAA 2018 - 7

(AIRPORT)

# BILLINGS POLICE DEPARTMENT

## WITNESS HEADING

C&O Number: _____ Location: _____

Date: 1/20/18 _____ Time Started: _____ Time Concluded: _____

I, Kenneth Espirlousanto _____ DOB: _____

Address: _____ Home Ph: _____ Work Ph: _____

make this true and voluntary statement without threats or promises to Officer Hensley of the Billings Police Department. (AIRPORT)

THE GENTLEMAN IN QUESTION WALKED UP TO USE THE
RESTROOM. HE OPENED THE DOOR BUT WAS FLUSTERED
TO SEE ANOTHER PASSENGER IN THE RESTROOM.
SECONDS LATER, THE STEWARDIST TRIES TO REMOVE HIM
FROM THE AREA BY PLACING HER HANDS ON HIS WAIST
HE RESPONDED BY REMOVING HER HANDS OFF OF HIM.
SHE IMMEDIATELY CALLS THE BACK OF PLANE
AND SAYS HE STRUCK HER "PUSH", WHICH
IS 100% INCORRECT. SHE WAS AT FAULT!

JB
— M6SAIL CUSTOMER

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AS WRITTEN.

Signed _____ Date 1/20/18

**KARRANI000013**

03/20/2018  08:08    14066573012                CITYOFBILLINGSAIRPOR              PAGE  08

## CITY OF BILLINGS
### REQUEST FOR PUBLIC RECORDS

I, _____, Applicant, do hereby make application for
inspection and copying of the following public records of the City of Billings, Montana:

*Passenger report for passenger
who declared me on JetBlue
flight 263 which diverted to Billings
for medical emergency on 1/2018*

Applicant's Name: **Cynthia Pacceman**  Date: **3/15/18**
Address: _____ 17th Avenue Whitestone NY 11357
Phone: Home _____  Work _____

DEPT. HEAD AUTHORIZATION _____

## FOR CITY USE ONLY BELOW THIS LINE

THE ABOVE REQUESTED RECORDS ARE (check one)

_____ Available for inspection in the office of the City Clerk immediately upon processing your request.

_____ Copies at your expense and will be made available to you on _____ (date)

_____ Currently in storage/in use and not available for inspection/copying at this time. These records will
be made available to you for copying/inspection on the _____ day of
_____ at _____ o'clock _____ M.

_____ Not subject to disclosure pursuant to Montana Public Records Statutes (Art II, Sec 9, Mont. Const.
and MCA §2-6-1101)

_____ The subject of a written request for a determination from the Attorney General as to whether they are
subject to disclosure.

_____ Not in existence due to "vagueness" of request. (Not enough information to process request)

_____ Not in existence due to the fact that it requires the creation of documents.

NUMBER OF COPIES OR PAGES _____  PER PAGE CHARGE: $0.25
TOTAL CHARGE $ _____        INITIALS OF PERSON FILLING REQUEST: _____

KARRANI000014



شركة طريق السما للسفر والسياحة ش.م.م

# Skyway Travel Tourism Co. LLC

Galileo Reference: 54B3G6

**Passengers(s)**

KARRANI/ABDIKARIMAHMEDMR

| FLIGHT: Hargeisa to Dubai (EK2183) Vendor Locator: NACNEB | Friday, January 19 |
|---|---|

| | |
|---|---|
| Date: | January 19, 2018 (Fri) |
| Departs: | 08:15 hrs |
| Airline: | Emirates Airlines |
| Arrives: | 12:50 hrs |
| Flight: | EK2183 (Operated by FLYDUBAI) |
| From: | Hargeisa, Somalia |
| Airport: | HGA - Hargeisa Arpt |
| To: | Dubai, United Arab Emirates |
| Airport: | DXB - Dubai Intl Arpt, Terminal 2 |
| Class: | SHUTTLE (U) |
| Baggage: | ADT 2PC |
| Stops: | Non-stop |
| Duration: | 03:35 |
| Status: | Confirmed |
| Aircraft: | Boeing 737 |
| In flight service: | Non-smoking |
| Service(s): | 1765115689373C1 - Confirmed |

| FLIGHT: Dubai to New York (EK207) Vendor Locator: NACNEB | Friday, January 19 |
|---|---|

| | |
|---|---|
| Date: | January 19, 2018 (Fri) |
| Departs: | 15:00 hrs |
| Airline: | Emirates Airlines |
| Arrives: | 20:40 hrs |
| Flight: | EK207 (Operated by Emirates Airlines) |

**KARRANI000015**

| | |
|---|---|
| From: | Dubai, United Arab Emirates |
| Airport: | DXB - Dubai Intl Arpt, Terminal 3 |
| To: | New York, NY United States |
| Airport: | JFK - John F Kennedy Intl, Terminal 4 |
| Class: | SHUTTLE (U) |
| Baggage: | ADT 2PC |
| Stops: | Non-stop |
| Duration: | 14:40 |
| Status: | Confirmed |
| Aircraft: | Airbus Industrie A380-800 Pax |
| In flight service: | Meal, Non-smoking |
| Service(s): | 1765115689373C2 - Confirmed |

**FLIGHT: New York to Seattle (AS7) Vendor Locator: JFZRWU**  Saturday, January 20

| | |
|---|---|
| Date: | January 20, 2018 (Sat) |
| Departs: | 07:15 hrs |
| Airline: | Alaska Airlines |
| Arrives: | 10:45 hrs |
| Flight: | AS7 (Operated by Alaska Airlines) |
| From: | New York, NY United States |
| Airport: | JFK - John F Kennedy Intl, Terminal 7 |
| To: | Seattle, WA United States |
| Airport: | SEA - Seattle Tacoma Intl Arpt |
| Class: | ECONOMY (K) |
| Baggage: | ADT 2PC |
| Stops: | Non-stop |
| Duration: | 06:30 |
| Status: | Confirmed |
| Aircraft: | |
| In flight service: | Food for purchase, Food for purchase, Movie, In-seat Power Source, Alcohol no co |
| : | t, Non-smoking |
| Service(s): | 1765115689373C3 - Confirmed |

KARRANI000016

BOARDING PASS

**ECONOMY**

KARRANI / ABDIKARIMAHMEDMR

| SEATTLE | | B6263 | 20JAN | |
|---|---|---|---|---|
| Gate | Boarding at | Gate closes at | Seat | Seating zone |
| 7 | 1703 | | 9A | C |

1762312213577-2       Seq 38

**ECONOMY**

KARRANI / ABDIKARIMAHM

B6263    20JAN

JFK - SEA

| Departure | Seat | Seating zone |
|---|---|---|
| 1738 | 9A | C |

Seq 38

---

**ECONOMY**

KARRANI / ABDIKARIMAHMEDMR

BOARDING PASS

| NEW YORK - JFK | | EK201 | 20JAN | |
|---|---|---|---|---|
| Gate | Boarding at | Gate closes at | Seat | Seating zone |
| A2 | 0740 | 0810 | 80C | C |

1762312213577-1      Seq 552

---

dnata

**dnata Customer Services**
Transfer Passenger Information

| Arrival Flight | Arrival Date | Origin |
|---|---|---|
| FZ662 | 19JAN | HGA |
| Connection Flight | Departure Date | Destination |
| EK201 | 20JAN | JFK |

Customer Name : KARRANI MR     Group Of : 1

Note : This Document cannot be Treated as a Boarding Pass.
Step 1) To get your Boarding Pass, Do the Following:
Report to Counter No. K at the Connections Desk by 0400 hrs at Terminal 3 Duba Time
Step 2)
Did you have any Bags Checked-in from the Airport you started off ?
Present all your checked-in Baggage Tags to our Connections Desk Agent.
This will ensure your bags make it to your next flight.
Kindly note that the connections desk closes 60mins before your flight departure time.

Local Date and Time
1/19/2018 2:35:19 PM
Issuing Staff No. 409656


Rtern SGV
PNR
NACNEB

KARRANI000017



**ECONOMY**

**BOARDING PASS**

ECONOMY

KARRANI / ABDIKARIMAHMEDMR

KARRANI / ABDIKARIMAHM

B6263    20JAN

| SEATTLE | | B6263 | 20JAN | |
|---|---|---|---|---|
| | | | | Seating |
| Gate | Boarding at | Gate closes at | Seat | zone |
| 7 | 1703 | | 9A | C |

JFK  -  SEA

| | | Seating |
|---|---|---|
| Departure | Seat | zone |
| 1738 | 9A | C |

1762312213577-2

Seq 38

Seq 38

```
FE*1762312213577

E M I R A T E S ISSUED
ETKT     176 2312 213 577                          ACN P7MDLW
ISSUED   19JAN18 07.55.17Z EKTQQYE    AGT 86492711 AE  PNR NACNEB
         DUBAI / REV OPT DEPT EGHQ


KARRANI/ABDIKARIMAHMEDMR
---------------------------------------------------------------
   FARE BASIC CP BRDOFF CR FLT C DATE  ST TIME FARE BASIS   BAG STATUS
---------------------------------------------------------------
  176 2312 213 577                     176 2312 213 577
 ULWOSSO1  1  DXBJFK EK 201 U 20JAN OK 0830 ULWOSSO1        2PC OPEN
 ULWOSSO1  2  JFKSEA B6  263 Y 20JAN OK 1738 ULWOSSO1       2PC B6 CTRL
---------------------------------------------------------------
VALIDITY
CPN1        20JAN2018
CPN2        20JAN2018

ENDO    NON-END/FLEX/VALID AS/NON-REF//CHNG SUBJ TO FEE / INVOL
        REROUTE
FCALC   HGA EK X/DXB EK NYC 263.00 AS SEA 203.72 NUC466.72END RO
        E1.0 XF JFK4.5END ROE1.00
FARE    USD467.00
TAXES   PD35F6       PD5ZR        PD100D4
        PD150FT      PD90NS       PD30AY
        PD70US       PD20XA       PD30XY
        PD30YC       PD1000YQ     PD20XF
TOTAL   NOADC
TOUR    EZM
PAYM    TKT *MS
EXCH    1765115689373
ORIG    176 5115 689373 DXB15JAN18 86211204
---------------------------------------------------------------
   #TE
01 PNR CREATOR/SWI/1G/54B3G6/38FR/99999992/DXB/AE/*/T/*/*/*/T
   ICKET CREATOR EKTQQYE/86492711 LEID-0CBBB4
   19JAN18 0755Z SYSEK
---------------------------------------------------------------
#TE... ANY ADDITIONAL INFO ABOUT THIS ETKT
```

KARRANI000019

01/20/18   10:01 PM                                                                           NiteVision 2013 R1 SP0 P7

## Dude Rancher Lodge
### 415 North 29th St.
### Billings, MT 59101
### 406-259-5561

Folio#: 89310
KARRANI, ABDIKARIM

TUKWILA, WA 98168
Company:

Room:  202
Arrival:  1/20/2018
Departure:  1/21/2018

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---------|------|---------------------|---------|----------|---------|
| 378626 | 1/20/2018 | Rm: 202 WINTER RATE | $70.00 | $0.00 | $70.00 |
| 378627 | 1/20/2018 | TBID FEE | $2.00 | $0.00 | $72.00 |
| 378628 | 1/20/2018 | ROOM TAX | $4.90 | $0.00 | $76.90 |
| 378629 | 1/20/2018 | CASH | $0.00 | $76.90 | $0.00 |
| | | | | Balance: | $0.00 |

Membership Tier:
Membership#:
Method of Pay:     Cash

Signature:

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $70.00 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $6.90 |
| Less Payments: | $76.90 |
| Total Amount Due: | $0.00 |

**KARRANI000020**