Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIKARIM KARRANI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | No.: 2:18-cv-01510-RSM<br><br>STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE<br><br>NOTE ON MOTION CALENDAR<br>February 12, 2019 |

The undersigned parties, by and through their counsel of record, stipulate and respectfully request that the Court strike the deadline for disclosure of expert testimony as set forth in the December 14, 2018 Order Setting Trial Dates and Related Dates, and that the Court grant a 30-day extension for disclosure of expert testimony.

Counsel from both parties have conferred and request an extension of only the expert disclosure date. Due to both counsel and witness schedules, fact witness depositions are currently being scheduled in March. Extending the expert disclosure deadline by thirty days will mitigate the need for experts to file supplemental reports based on fact witness testimony.  Good cause under Local Rule 10(g) exists as sequencing expert reports to follow fact witness depositions

STIPULATED MOTION FOR ORDER CONTINUING
DISCOVERY RELATED CASE DATE
(NO. 2:18-cv-01510-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

1  will allow for the efficient development and discovery of expert opinions. The undersigned

2  parties jointly request that the expert disclosure date be continued by 30 days. This request will

3  not affect the other deadlines in the Case Schedule. The parties propose the following changes

4  to the case schedule:

| DEADLINE | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 27, 2019 | March 29, 2019 |

DATED:  February 12, 2019.

*s/Samantha Pitsch*_____  _____
Caryn Geraghty Jorgensen, WSBA #27514
John Fetters, WSBA #40800
Samantha Pitsch, WSBA #54190
MILLS MEYERS SWARTLING P.S.
1000 2nd Avenue, 30th Fl
Seattle, WA 98104
Telephone: 206-382-1000
Fax: 206-386-7374
cjorgensen@millsmeyers.com
jfetters@millsmeyers.com
spitsch@millsmeyers.com

*s/Jack Sheridan*_____
2/8/19 email authority
John P. Sheridan, WSBA #21473
Mark W. Rose, WSBA #41916
Alea M. Carr, WSBA #52540
THE SHERIDAN LAW FIRM, P.S.
705 Second Avenue, Suite 1200
Seattle, Washington  98104
Phone: (206) 682-67111
Fax: (206) 447-9206
jack@sheridanlawfirm.com
mark@sheridanlawfirm.com
alea@sheridanlawfirm.com

STIPULATED MOTION FOR ORDER CONTINUING
DISCOVERY RELATED CASE DATE
(NO. 2:18-cv-01510-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John P. Sheridan, jack@sheridanlawfirm.com, mark@sheridanlawfirm.com

Mark W. Rose, mark@sheridanlawfirm.com, colton@sheridanlawfirm.com, alea@sheridanlawfirm.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant:

and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

DATED this 12 day of February 2019.

Samantha Pitsch<br>
Attorney

STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE
(NO. 2:18-cv-01510-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABDIKARIM KARRANI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | No.: 2:18-cv-01510-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR<br>February 12, 2019 |

　　This matter came before the Court on the parties' Stipulated Motion for Order Continuing Discovery Related Case Date. The Court has reviewed and considered the files and pleadings in this case and:

　　ACCORDINGLY, the Court hereby ORDERS that the Stipulated Motion for Order Continuing Discovery Related Case Date is GRANTED.

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE (NO. 2:18-cv-01510-RSM) - 1

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

The Court enters the following revisions to the case schedule.

| DEADLINE | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 27, 2019 | March 29, 2019 |

Dated this ____ day of _____ 2019.

_____
Honorable Ricardo S. Martinez
United States District Court Judge

Presented by:

*s/Samantha Pitsch*_____ _____
Caryn Geraghty Jorgensen, WSBA #27514
John Fetters, WSBA #40800
Samantha Pitsch, WSBA #54190
MILLS MEYERS SWARTLING P.S.
1000 2nd Avenue, 30th Fl
Seattle, WA 98104
Telephone: 206-382-1000
Fax: 206-386-7374
cjorgensen@millsmeyers.com
jfetters@millsmeyers.com
spitsch@millsmeyers.com

*s/Jack Sheridan*_____
2/8/19 email authority
John P. Sheridan, WSBA #21473
Mark W. Rose, WSBA #41916
Alea M. Carr, WSBA #52540
THE SHERIDAN LAW FIRM, P.S.
705 Second Avenue, Suite 1200
Seattle, Washington  98104
Phone: (206) 682-67111
Fax: (206) 447-9206
jack@sheridanlawfirm.com
mark@sheridanlawfirm.com
alea@sheridanlawfirm.com

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE (NO. 2:18-cv-01510-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

John P. Sheridan, jack@sheridanlawfirm.com, mark@sheridanlawfirm.com

Mark W. Rose, mark@sheridanlawfirm.com, colton@sheridanlawfirm.com, alea@sheridanlawfirm.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant:

and correct copy of the foregoing to the following non-CM/ECF participant:

N/A

DATED this 12 day of February 2019.

Samantha Pitsch
Attorney

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE (NO. 2:18-cv-01510-RSM) - 3

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON  98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343