UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIKARIM KARRANI,

        Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION, a Delaware corporation,

        Defendant.

No.: C18-1510 RSM

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE

    This matter came before the Court on the parties' Stipulated Motion for Order Continuing Discovery Related Case Date. The Court has reviewed and considered the files and pleadings in this case and:

    ACCORDINGLY, the Court hereby ORDERS that the Stipulated Motion for Order Continuing Discovery Related Case Date is GRANTED.

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

The Court enters the following revisions to the case schedule.

| DEADLINE | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 27, 2019 | March 29, 2019 |

Dated this 13th day of February 2019.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| *s/Samantha Pitsch* | *s/Jack Sheridan* |
| Caryn Geraghty Jorgensen, WSBA #27514 | 2/8/19 email authority |
| John Fetters, WSBA #40800 | John P. Sheridan, WSBA #21473 |
| Samantha Pitsch, WSBA #54190 | Mark W. Rose, WSBA #41916 |
| MILLS MEYERS SWARTLING P.S. | Alea M. Carr, WSBA #52540 |
| 1000 2nd Avenue, 30th Fl | THE SHERIDAN LAW FIRM, P.S. |
| Seattle, WA 98104 | 705 Second Avenue, Suite 1200 |
| Telephone: 206-382-1000 | Seattle, Washington 98104 |
| Fax: 206-386-7374 | Phone: (206) 682-67111 |
| cjorgensen@millsmeyers.com | Fax: (206) 447-9206 |
| jfetters@millsmeyers.com | jack@sheridanlawfirm.com |
| spitsch@millsmeyers.com | mark@sheridanlawfirm.com |
| | alea@sheridanlawfirm.com |

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING DISCOVERY RELATED CASE DATE (NO. 2:18-cv-01510-RSM) - 2

LAW OFFICES OF
**MILLS MEYERS SWARTLING P.S.**
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104-1064
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343