# EXHIBIT 2
# FILED UNDER SEAL

## FCIR - All Other Events

eReport PSR297-16

| | | | | | |
|---|---|---|---|---|---|
| **Date and Time \*** | 02/06/16 21:20 | | | | |
| **Title of Report** | Customer Disturbance | **Crew Base** | JFK | **Emergency Declared** | No |
| **Check Box to Send this FCIR to ALPA** | ☐ | **Red Eye** | Red Eye | ☑ **ATC Priority Given** | **ATC Priority** ☐ |

## Narrative

**Event/Concern Description\***

During the boarding process it was brought to my attention by the F1 that the passenger in 23F was being rude and not cooperative. The F3 claimed that the passenger seemed to be intoxicated. The FAs requested her removal from the flight because they feared an escalation of the problem once airborne. I consulted with the GSC after he had spoken to the passenger and he confirmed that although she was behaving rudely he didn't think it would be a problem for the flight. He said she was probably fall asleep in flight and that things will be ok. The flight attendants, however, did not feel comfortable with the passenger and wanted her removed. Based on the information given to me I told the GSC to remove the passenger. Once requested to leave the airplane the passenger refused to leave and the GSC had to eventually call the police, who came onboard and removed her from the flight. Once she was off the aircraft I was able to see from the cockpit window that she was being confrontational with the police as well.

**Recommendations**

## Event/Concern Details

| | | | | | |
|---|---|---|---|---|---|
| **Flight Event Type** | Customer Disturbance | **Significant Weather** | | **Customer Disturbance Level** | Level 1 |
| **Effect on Flight** | Flight Delayed | **Runway Condition** | | **Security Requested** | ☐ |
| **Code Given to Inflight Crew:** | | **RTO Speed** | | **Smoke/Fumes / Mist/Haze/Odor** | |

**Check All that Apply**

| | | | | | |
|---|---|---|---|---|---|
| **Medlink** | ☐ | **Emergency Equipment** | ☐ | **EMS** | ☐ |
| **EMK** | ☐ | **Customer Intox** | ☑ | | |

**Captain's Emergency Authority**

| | | | | | |
|---|---|---|---|---|---|
| **Deviation ATC** | ☐ | **Cabin Prep** | ☐ | **Emergency Descent** | ☐ |
| **Overweight Landing** | ☐ | **InflightEngine Shutdown** | ☐ | **Emergency Evac** | ☐ |

## Flight Information

JB 000633
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## FCIR - All Other Events

eReport PSR297-16

| | | | | | |
|---|---|---|---|---|---|
| **Flight No** | 358 | **Departure Point** | BUR | **Destination Point** | JFK |
| **Tail No** | N570JB | **Diversion/Offline City** | | **Follow-Up Requested** | |
| **Author First Name** | Evangelos | **Aircraft Type** | Airbus A320 | **Operation Type** | Scheduled |
| **Author Last Name** | Constantinou | **Crewmember ID** | ▆▆▆ | **CA Name** | Evangelos Constantinou |
| **Author Position** | Captain | **Contact Number** | ▆▆▆ | **FO Name** | Jahan Hamid |

JB 000634
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

| First Name | Fatima | Last Name | Wachuku | Crewmember ID | ■■■ | Station | | Occurrence No | |
|---|---|---|---|---|---|---|---|---|---|
| Date & Time | 02/07/16 02:09 | Brief Description | | Customer was removed off of aircraft per inflight request | | | | Investigation Required | |

## Narrative

### Event Facts/Concern Description

During another incident that was happening onboard, inflight asked GSC Mike to go to the front of the aircraft regarding another customer incident involving Ms. Wachuku. GSC asked inflight what the situation was. Inflight took GSC into flight deck and said that the customer pushed the number 2 inflight and then said that the customer began calling her a "racist". Inflight number 2 did not say anything else except that she wanted the customer off of the aircraft. GSC spoke with customer who was standing in the front galley and asked her what happened. Customer said that she had two bags in her hand she was trying to put them in the overhead. She was having troubles putting it and the number 2 inflight approached her and told her to use a different bin even though there was space in many bins. Customer stumbled and accidently backed into the number 2 inflight. The number 2 inflight began arguing with customer saying to her "you purposefully pushed me". Customer tried to explain to inflight that she did not then said to the number 2 that she is being "racist".

GSC asked the inflight if she can travel because customer did not seem to be a threat and was really nice and compliant. Inflight did not want her on board so she was removed off of aircraft and was put on tomorrow nights flight out of BUR.

## Event Details

| | | | | | | |
|---|---|---|---|---|---|---|
| **Event Type** | Customer Issue/Non-Injury | | **External Authorities** | | **Internal Resources** | |
| | | | Airport Authority | ☐ | BlueWatch | ☑ |
| **If Customer Issue/Non-Injury, please select from the following** | Other | | CBP | ☐ | Leadership | ☑ |
| | | | DEA | ☐ | Medlink | ☐ |
| | | | Doctor | ☐ | | |
| | | | EMT | ☐ | | |
| **Event Location** | Other | | FAA | ☐ | | |
| **Physical/Property Damage?** | No | | FAM | ☐ | | |
| **Compensation Provided?** | No | | Nurse | ☐ | | |
| **Compensation Type** | | | OAL | ☐ | | |
| **Compensation Value** | | | Police | ☐ | | |
| **Declined Assistance?** | | | TSA | ☐ | | |
| **CRO Involved?** | | | Other | ☐ | | |
| **CRO Report #** | | | | | | |

## Customer/Witness Information

JB 000635
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

O19665-16

JB 000636
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

**JB 000637**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

| | Customer | | Witness |
|---|---|---|---|
| **Name (Last, First)** | Wachuku, Fatima | **Name (Last, First)** | Saba, Mike |
| **Sex** | Female | **Sex** | Male |
| **Address** | ███████████ | **Address** | |
| **City** | █████ | **City** | |
| **State** | ██ | **State** | |
| **Country** | United States of America (USA) | **Country** | |
| **Zip** | ████ | **Zip** | |
| **Telephone Number** | ███████ | **Telephone Number** | |
| **PNR Number** | SJTULB | **Witness Type** | |
| **Seat Assignment** | 15A | **Crewmember ID** (If Applicable) | ████ |
| **Flight No** | 358 | **PNR Number** (If Applicable) | |
| **Departure** | BUR | | |
| **Destination** | JFK | | |
| **Tail No** | N570JB | | |

## Additional Information

JB 000638

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

**Description of Injury/Incident**

**Was Emergency Treatment Provided?**

**Medlink:**

**Actions Taken (Check all that apply)**

**Medlink Contacted**

**If yes, provide the following information, if applicable:**

**Medlink report number, if applicable**

**Emergency Treatment Provider:**

**Guidance from Medlink advisor**

**In the event of a death please let Systems Operations know the following details immediately:**

**Taken to Hospital**

**Authority Informed**

**Hospital Name:**

**Was an ATC emergency declared?**

**Medical equipment/supplies used:**

**Hospital phone number:**

**Explain if Emergency Treatment Denied**

**Onboard Medical Assistance provided by:**

**Crew info:**

**Name:**

**Captain:**

**License number:**

**First Officer:**

**PNR:**

**Flight Attendant 1:**

**Flight Attendant 2:**

**Email:**

**Flight Attendant 3:**

**Flight Attendant 4:**

JB 000639
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR529-16

JB 000640
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## APT - Airport Customer/Station Incident

eReport AP-CIR528-16

| First Name | | Last Name | | Crewmember ID | | Statio n | | Occurrence No | |
|---|---|---|---|---|---|---|---|---|---|

| Date & Time | 02/07/16 01:49 | Brief Description | Customer was forcefully removed and arrested off of aircraft | Investigation Required | |
|---|---|---|---|---|---|

## Narrative

### Event Facts/Concern Description

Crewmember Jose was onboard in the rear galley speaking with the number 2 and 3 inflight. CM Jose requested for GSC to come onboard. GSC from BUR Mike went onboard and the number 3 inflight said that there was a customer that seemed intoxicated sitting in seat 24F. GSC asked the number 3 why she thought the customer seemed intoxicated and the inflight said because she was an "incoherent". GSC went to speak with customer and asked for her boarding pass. Customer seemed to be a little off but did not seem intoxicated or smell of alcohol. GSC asked customer a few more questions and asked her to put her seatbelt on and to put her bag underneath the seat in front her. Customer complied. GSC spoke with inflight and said that the customer complied and is able to fly. Inflight wanted her off. Another GSC was called onboard, Ram. GSC Ram asked the customer to please come off the aircraft and customer refused to come off. Customer then stood in the middle of the aisle by rows 9 and 10. She also began dropping her stuff along the aisles. GSC Ram then called GSC Mike and asked him to call local LEOs. Local LEOs come onboard and she was not Complying with them shouting and refused to get off. LEOs had to use force and she began to kick her legs and throw her arms hitting one of the officers. The LEOs carried her off the aircraft and arrested her. LEOs asked Ram and Mike for a statement regarding the customer.

## Event Details

| Event Type | Customer Issue/Non-Injury | External Authorities | | Internal Resources | |
|---|---|---|---|---|---|
| If Customer Issue/Non-Injury, please select from the following | Disruptive Customer Security | Airport Authority | ☑ | BlueWatch | ☑ |
| | | CBP | ☐ | Leadership | ☑ |
| | Safety | DEA | ☐ | Medlink | ☐ |
| | Customer Appears Intoxicated | Doctor | ☐ | | |
| | | EMT | ☐ | | |
| Event Location | Other | FAA | ☐ | | |
| Physical/Property Damage? | No | FAM | ☐ | | |
| Compensation Provided? | No | Nurse | ☐ | | |
| Compensation Type | | OAL | ☐ | | |
| Compensation Value | | Police | ☑ | | |
| Declined Assistance? | | TSA | ☑ | | |
| CRO Involved? | Yes | Other | ☐ | | |
| CRO Report # | | | | | |

## Customer/Witness Information

JB 000641

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR528-16

O19664-16

JB 000642
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR528-16

JB 000643
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# APT - Airport Customer/Station Incident

eReport AP-CIR528-16



| Customer | | Witness | |
|---|---|---|---|
| Name (Last, First) | ▮▮▮▮▮▮▮ | Name (Last, First) | Delgadillo, Ramiro |
| Sex | Female | Sex | Male |
| Address | ▮▮▮▮▮ | Address | |
| City | ▮▮▮ | City | |
| State | ▮ | State | |
| Country | United States of America (USA) | Country | |
| Zip | ▮▮ | Zip | |
| Telephone Number | ▮▮▮▮ | Telephone Number | |
| PNR Number | ZGHRJZ | Witness Type | Crewmember |
| Seat Assignment | 24F | Crewmember ID (If Applicable) | ▮▮ |
| Flight No | 358 | PNR Number (If Applicable) | |
| Departure | BUR | | |
| Destination | JFK | | |
| Tail No | N570JB | | |

## Additional Information

JB 000644

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## APT - Airport Customer/Station Incident

### eReport AP-CIR528-16

| | | | |
|---|---|---|---|
| **Description of Injury/Incident** | Other | **Was Emergency Treatment Provided?** | **Medlink:** |
| **Actions Taken (Check all that apply)** | Assistance from Crewmembers | | **Medlink Contacted** |
| | | **If yes, provide the following information, if applicable:** | **Medlink report number, if applicable** |
| | | **Emergency Treatment Provider:** | **Guidance from Medlink advisor** |
| **In the event of a death please let Systems Operations know the following details immediately:** | | **Taken to Hospital** | |
| **Authority Informed** | | **Hospital Name:** | |
| **Was an ATC emergency declared?** | | **Hospital phone number:** | **Medical equipment/supplies used:** |
| | | **Explain if Emergency Treatment Denied** | |
| **Onboard Medical Assistance provided by:** | | | **Crew info:** |
| **Name:** | | | **Captain:** |
| **License number:** | | | **First Officer:** |
| **PNR:** | | | **Flight Attendant 1:** |
| **Email:** | | | **Flight Attendant 2:** |
| | | | **Flight Attendant 3:** |
| | | | **Flight Attendant 4:** |

JB 000645
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR528-16

JB 000646
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR527-16

| First Name | Kiarke | Last Name | Barrett | Crewmember ID | ■■■ | Station | | Occurrence No | |
|---|---|---|---|---|---|---|---|---|---|
| Date & Time | 02/07/16 00:58 | Brief Description | | Customer Removed | | | | Investigation Required | |

## Narrative

### Event Facts/Concern Description

Customer Fatima Wachuku bumped inflight inadvertently she stated and inflight felt customer Fatima bumped her on purpose. Verbal dispute happened and inflight did not feel comfortable with customer Wachuku on board. I spoke with customer Wachuku about the incident and advised customer that JetBlue is not a racist airline. Customer Wachuku continued to make racial statements and I advised customer if she felt that way about JetBlue she can gladly fly another airline. Customer was also upset that she was not given a hotel for the night.

## Event Details

| | | | | |
|---|---|---|---|---|
| Event Type | Customer Issue/Non-Injury | | External Authorities | Internal Resources |
| | | Airport Authority | ☐ | BlueWatch ☐ |
| If Customer Issue/Non-Injury, please select from the following | | CBP | ☐ | Leadership ☑ |
| | | DEA | ☐ | Medlink ☐ |
| | | Doctor | ☐ | |
| | | EMT | ☐ | |
| Event Location | On Aircraft - Outbound - Return to Gate | FAA | ☐ | |
| Physical/Property Damage? | No | FAM | ☐ | |
| Compensation Provided? | No | Nurse | ☐ | |
| Compensation Type | | OAL | ☐ | |
| Compensation Value | | Police | ☐ | |
| Declined Assistance? | No | TSA | ☐ | |
| | | Other | ☐ | |
| CRO Involved? | | | | |
| CRO Report # | | | | |

## Customer/Witness Information

JB 000647
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR527-16

O19663-16

JB 000648
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR527-16

JB 000649
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# APT - Airport Customer/Station Incident

## eReport AP-CIR527-16

| | Customer | | Witness |
|---|---|---|---|
| **Name (Last, First)** | Wachuku,Fatima | **Name (Last, First)** | |
| **Sex** | Female | **Sex** | |
| **Address** | | **Address** | |
| **City** | | **City** | |
| **State** | | **State** | |
| **Country** | | **Country** | |
| **Zip** | | **Zip** | |
| **Telephone Number** | | **Telephone Number** | |
| **PNR Number** | SJTULB | **Witness Type** | |
| **Seat Assignment** | | **Crewmember ID** (If Applicable) | |
| **Flight No** | 358 | **PNR Number** (If Applicable) | |
| **Departure** | BUR | | |
| **Destination** | JFK | | |
| **Tail No** | N570JB | | |

## Additional Information

JB 000650
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# APT - Airport Customer/Station Incident

eReport AP-CIR527-16

**Description of Injury/Incident**

**Was Emergency Treatment Provided?**

**Medlink:**

**Actions Taken (Check all that apply)**

**Medlink Contacted**

**If yes, provide the following information, if applicable:**

**Medlink report number, if applicable**

**Emergency Treatment Provider:**

**Guidance from Medlink advisor**

**In the event of a death please let Systems Operations know the following details immediately:**

**Taken to Hospital**

**Authority Informed**

**Hospital Name:**

**Was an ATC emergency declared?**

**Medical equipment/supplies used:**

**Hospital phone number:**

**Explain if Emergency Treatment Denied**

**Onboard Medical Assistance provided by:**

**Crew info:**

**Name:**

**Captain:**

**License number:**

**First Officer:**

**PNR:**

**Flight Attendant 1:**

**Flight Attendant 2:**

**Email:**

**Flight Attendant 3:**

**Flight Attendant 4:**

JB 000651
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## APT - Airport Customer/Station Incident

eReport AP-CIR527-16

JB 000652
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## FCIR - All Other Events

eReport PSR299-16

| | | | | | |
|---|---|---|---|---|---|
| **Date and Time *** | 02/06/16 21:20 | | | | |
| **Title of Report** | Customer Disturbance | **Crew Base** | JFK | **Emergency Declared** | No |
| **Check Box to Send this FCIR to ALPA** ☐ | | **Red Eye** | Red Eye | ☑ **ATC Priority Given** | **ATC Priority** ☐ |

## Narrative

**Event/Concern Description***

The F2 claimed that a passenger in 15A had a confrontation with her and called her "racist". The passenger had requested the FA's name and information to file a complaint to JetBlue. I consulted with the F2 in private and she explained the situation to me and told me she refused to work this flight unless the passenger was removed. I consulted with the GSC after he had talked to the passenger and he agreed it was best to remove her from the airplane.

**Recommendations**    CRO available to de escalate the situation

## Event/Concern Details

| | | | | | |
|---|---|---|---|---|---|
| **Flight Event Type** | Customer Disturbance | **Significant Weather** | | **Customer Disturbance Level** | Level 1 |
| **Effect on Flight** | Flight Delayed | **Runway Condition** | | **Security Requested** | ☐ |
| **Code Given to Inflight Crew:** | | **RTO Speed** | | **Smoke/Fumes /Mist/Haze/Odor** | |

**Check All that Apply**

| | | | | | |
|---|---|---|---|---|---|
| **Medlink** | ☐ | **Emergency Equipment** | ☐ | **EMS** | ☐ |
| **EMK** | ☐ | **Customer Intox** | ☐ | | |

**Captain's Emergency Authority**

| | | | | | |
|---|---|---|---|---|---|
| **Deviation ATC** | ☐ | **Cabin Prep** | ☐ | **Emergency Descent** | ☐ |
| **Overweight Landing** | ☐ | **InflightEngine Shutdown** | ☐ | **Emergency Evac** | ☐ |

## Flight Information

JB 000653
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## FCIR - All Other Events

eReport PSR299-16

| | | | | | |
|---|---|---|---|---|---|
| **Flight No** | 358 | **Departure Point** | BUR | **Destination Point** | JFK |
| **Tail No** | N570JB | **Diversion/Offli ne City** | | **Follow-Up Requested** | |
| **Author First Name** | Evangelos | **Aircraft Type** | Airbus A320 | **Operation Type** | Scheduled |
| **Author Last Name** | Constantinou | **Crewmember ID** | ▮▮▮ | **CA Name** | Evangelos Constantinou |
| **Author Position** | Captain | **Contact Number** | ▮▮▮ | **FO Name** | Jahan Hamid |

JB 000654

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# IIR - Inflight Customer Service Statement

eReport ICSS178-16

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date and Time** | 02/06/16 21:15 | **CM ID** | ▪▪▪▪ | **Tail No** | | **Departure** | BUR |
| **First Name** | Lisa | **Crew Base** | JFK | **Aircraft Type** | Airbus A320 | **Destination** | JFK |
| **Last Name** | Hill | **Inflight Team Leader** | Stephanie Efaplomatides | **Flight No** | 358 | **Diversion City** | |
| **Title/Brief Description** | Flt 358 | | | | | | |

## Narrative

- **Document specific actions associated with the incident**
- **This form is a LEGAL document**
- **Omit personal feelings and opinions**
- **If multiple incidents occurred during the flight, submit a SEPARATE report for each one**

**Service Failure/Customer Statement Type**          Crewmember related

#### Event/Concern Description

Customer in 2D advises me of his allergy to dogs. There is an ESAN in his row & he requests to be moved. I called to the back galley requesting the assistance of the gate agent who had boarded the a/c from the back. i was informed by the #3, Nicole, that there was an intoxicated customer on board. She asked me my thoughts & I stated, per the FARs, we do not accept intoxicated customers. I hung up the phone & relayed the information to the captain who agreed. I did not witness any of the intoxicated female's initial actions or conversations as she was seated in row 23 (not her assigned seat) & I was in the front galley. Nicole told me it was difficult to assess the situation because there was a male customer sitting with her who kept answering for her & advising her to do what she was told to do. I later recognized him from the boarding process. He told me there was a mix-up because they were not seated together. I told him to take his assigned seat & we would work it out later (there were only 80 pax on the flt). He did not sit in his assigned seat. They picked a row in the back of the plane. Later, when they both in the process of being escorted off the a/c he denies that he is traveling with her. He says he just met her in the airport. He remains on the a/c & continues to JFK.

The #2, Cindy, comes to me & says that the female customer in 15A pushed her & told her to "move". Another gate agent arrives & I go over with him the 3 situations we are dealing with. I also inform the captain about the woman in 15A. As I'm coming out of the cockpit, the woman from 15A is standing in the forward galley. She wants to discuss the situation. I immediately direct her to the agent in the galley.
The agent who was dealing with the intoxicated customer comes to the cockpit & tells myself & the captain he thinks she is okay & is just an "airhead". Based on the feedback from the crew, I disagree & request to have her removed. I leave the cockpit & go towards the back of the a/c. The #3 tells me the agent said he doesn't want to remove her because "it will cause a scene". I meet the CRO in the galley & point out the intoxicated customer. When I return to the front galley, 15A is talking to a gate agent. Cindy tells me the woman denies any wrongdoing & accuses Cindy of being a racist. I did not hear any of the discussions between the woman & the gate agent. At this point, things are at a standstill. The intoxicated girl has still not been removed & the woman from 15A is still on the a/c. She starts talking to the customers in the front of the plane. She has an audience in 1A (originally seated in 3F) & also in 1F.

Finally, the CRO is bringing the man & the intoxicated girl to the front of the a/c. It's at this point, the woman from 15A sees them & says something about only "black people are being removed from this flight". This is not true. There are other African Americans on the flight. At this time, the man is allowed to stay on as he is not really with the girl. The girl is mouthing off in the aisle & will not get off the plane. One of the agents whispers to me that 1F is filming & if she doesn't stop, he will remove her. I then hear him tell the woman from 15A she is being booked on the LAX flt in the morning. I do not know if he ever addressed the fact that she pushed the #2.

Airport Police arrive just as 15A is leaving the a/c. 3 officers in the front of the a/c & 1 officer enters from the back. They are able to get the girl towards the front galley. I am standing in the hallway in order to protect the cockpit. The girl is mouthing off & cursing at the officers. Cindy tells me one of the officers pushed the intoxicated girl. 1F is filming the girl's removal from the a/c. The captain told me he saw her strike one of the officers. I saw her being led away in handcuffs.

I realize there were multiple issues going on at one time. However, I feel the situations were handled inappropriately by the gate agents & the CRO. The process took too long & gave the impression JetBlue was not in control of the situation.

## Event Details

| | |
|---|---|
| **Did the customer request follow-up with customer commitment?** | No |
| **Do you recommend customer commitment follow-up?** | No |
| **Did this happen in MINT?** | No |

## Customer/Witness Info

JB 000655
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# IIR - Inflight Customer Service Statement

eReport ICSS178-16

| Customer Name | Gender | Seat Assignment | Customer Name | Gender | Seat Assignment |
|---|---|---|---|---|---|
| | | | N/A | | |
| **Address, City, State, Zip** | | **PNR Number** | **Address, City, State, Zip** | | **PNR Number** |
| | | **Phone (xxx) xxx-xxxx** | | | **Phone (xxx) xxx-xxxx** |
| **Witness Name** | **Seat Assignment** | | **Witness Name** | **Seat Assignment** | |
| **Phone (xxx) xxx-xxxx** | **PNR Number** | | **Phone (xxx) xxx-xxxx** | **PNR Number** | |

## Crew Info

| | |
|---|---|
| **Captain** | Evangelos Constantinou |
| **First Officer** | Jahan Hamid |
| **Flight Attendant 1** | Lisa Hill |
| **Flight Attendant 2** | Cynthia Pancerman |
| **Flight Attendant 3** | Nicole Stewart |
| **Flight Attendant 4** | |
| **ICSR** | |
| **Jumpseat (if relevant to Event/Concern)** | |

| Name | Occupant Type |
|---|---|
| | |

JB 000656

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# IIR - Inflight Customer Service Statement

eReport ICSS180-16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Date and Time** | 02/06/16 11:51 | **CM ID** | ▮▮▮ | **Tail No** | | **Departure** | | BUR |
| **First Name** | Cindy | **Crew Base** | JFK | **Aircraft Type** | Airbus A320 | **Destination** | | JFK |
| **Last Name** | Pancerman | **Inflight Team Leader** | A Falcone | **Flight No** | 358 | **Diversion City** | | |
| **Title/Brief Description** | Pushed by passenger | | | | | | | |

## Narrative

- **Document specific actions associated with the incident**
- **This form is a LEGAL document**
- **Omit personal feelings and opinions**
- **If multiple incidents occurred during the flight, submit a SEPARATE report for each one**

**Service Failure/Customer Statement Type** — Crewmember related

**Event/Concern Description**

Pax seated in 15A, Fatima Wachuku, was one of the last pax to board. I was in the aisle closing bins when she approached me and began complaining that the overhead bins by her seat were full. I went to open them to see if there was space and she put her hand on my arm and started to push me. I asked her why she was pushing me and she said " You are in my way. move!" She continued to push me. I went to the front of the aircraft and informed the #1 of the situation.
A gate agent went to speak to her and brought her to the front of the aircraft where I was standing. She began defaming my character and calling me racist. She said she dared me to fing someone to back up my story. I walked to the back of the aircraft. She was allowed to stay on the aircraft for almost 1/2 an hour talking to other passengers while continuing to call me racist and causing a mob mentality. The ground crew allowed it and did nothing to stop her. I began to feel unsafe.
When the police arrived she quickly exited the aircraft.

## Event Details

**Did the customer request follow-up with customer commitment?**

**Do you recommend customer commitment follow-up?**

**Did this happen in MINT?** No

## Customer/Witness Info

| Customer Name | Gender | Seat Assignment | Customer Name | Gender | Seat Assignment |
|---|---|---|---|---|---|
| | | | Fatima Wachuku | | |
| **Address, City, State, Zip** | | **PNR Number** | **Address, City, State, Zip** | | **PNR Number** |
| | | **Phone (xxx) xxx-xxxx** | | | **Phone (xxx) xxx-xxxx** |
| **Witness Name** | | **Seat Assignment** | **Witness Name** | | **Seat Assignment** |
| **Phone (xxx) xxx-xxxx** | | **PNR Number** | **Phone (xxx) xxx-xxxx** | | **PNR Number** |

## Crew Info

JB 000657
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## IIR - Inflight Customer Service Statement

eReport ICSS180-16

**Captain**

**First Officer**

**Flight Attendant 1**

**Flight Attendant 2**

**Flight Attendant 3**

**Flight Attendant 4**

**ICSR**

**Jumpseat (if relevant to Event/Concern)**

**Name**                              **Occupant Type**

JB 000658

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER