# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIKARIM KARRANI,

    Plaintiff,

    v.

JETBLUE AIRWAYS CORPORATION,
a Delaware Corporation,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.  C18-1510RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Defendant JetBlue's Motion for Summary Judgment (Dkt. #52) is GRANTED in entirety. This case is now CLOSED.

Dated this 31 day of July 2019.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk