# EXHIBIT 18
# FILED UNDER SEAL

# 7

# Security/Hazmat Procedures

## 7.1    Overview

Last Revised: 2017-11-01
Regulation: 49 CFR 121.15; 49 CFR 121.1520

~~THIS CHAPTER CONTAINS SENSITIVE SECURITY INFORMATION (SSI). SSI IS INFORMATION THAT, IF PUBLICLY RELEASED, WOULD BE DETRIMENTAL TO TRANSPORTATION SECURITY. NO PART OF THIS CHAPTER MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW."~~

~~UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION~~.

## 7.2    Customer Misconduct / Air Rage

Last Revised: 2017-03-01

### 7.2.1    Introduction

Last Revised: 2017-03-01

If a Customer is committing, or threatens to commit, any act which would be detrimental to the safety of the flight and/or its Customers, it is the duty and responsibility of JetBlue Airways and its personnel to use whatever means reasonable, including restraint, if necessary, in order to ensure the safety of the flight and its Customers.

Safety and Security-related disturbances are identified as:

- Alcohol related incidents
- Non-compliance with smoking regulations
- Interference with the duties of a Crewmember
- When an individual jeopardizes the safety of a Customer or Crewmember

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000097**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

*SENSITIVE SECURITY INFORMATION*



## Security/Hazmat Procedures

### 7.2.2     Customer Non-Compliance
Last Revised: 2017-03-01

Federal law requires Customers to adhere to posted placards and signs and follow Crewmember instructions. Follow the procedures below for Customer non-compliance:

- If Customer non-compliance occurs while Crewmembers are secured in their jumpseats, make a general reminder PA to all Customers addressing the non-compliance.
- If Customer non-compliance occurs while Crewmembers are able to move about the cabin, address the non-compliance with the individual Customer in a polite and discreet manner.

### 7.2.3     Misconduct Not Involving Safety of the Flight or Customers
Last Revised: 2017-11-01

#### 7.2.3.1     On the Ground
Last Revised: 2017-11-01

Refer to Section 7.2.9.1, Figure 7-2, Procedures for Removal of Customers.

#### 7.2.3.2     In Flight Requiring a Diversion
Last Revised: 2017-11-01

The IFC shall use a polite but firm voice to advise the Customer that their conduct is not permitted onboard a JetBlue Airways flight. If the misconduct persists, the Captain will use discretion as to the action necessary to ensure the other Customers a safe and comfortable flight. A removal at a planned en-route stop may be considered, and in rare occasions, physical restraint and unscheduled landings may be necessary.

In the event of illegal or criminal activity, Crewmembers will respond by following steps outlined in Section 7.2.6, General Procedures for Handling Inflight Disturbances, and Section 7.2.8, Threat Levels.

### 7.2.4     Interference with Crewmembers and Inflight Disturbance Policy
Last Revised: 2017-03-01

Federal Aviation Regulation Part 121.580 provides that: "No person may assault, threaten, intimidate, or interfere with a crewmember in the performance of the crewmember's duties aboard an aircraft being operated."[14 CFR 121.580]

JetBlue Airways will fully cooperate with law enforcement agencies on all issues involving interference with Crewmembers and inflight disturbances.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEF NED  N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADM NISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT  N CIVIL PENALIT ES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000098**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**


### 7.2.5 Notice to Cease Objectionable and Illegal Behavior

Last Revised: 2017-03-01

The "Notice to Cease Objectionable and Illegal Behavior" is a formal warning that federal law prohibits the following:

- Interference or intimidation of an airline Crewmember or creating an alcohol related disturbance [14 CFR 91.11; 14 CFR 121.575]
- Smoking on any JetBlue flight or in the aircraft lavatory [14 CFR 121.317]
- Drinking any alcoholic beverage unless served by a Crewmember or the serving of alcohol to anyone who appears to be intoxicated [14 CFR 121.575]

If a "Notice to Cease Objectionable and Illegal Behavior" is issued, an Inflight Irregularity Report (IIR) must be completed by all IFCs on the flight.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000099**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

The IIR shall include the following information:

- Date, Time, and Time Zone
- Crewmember Name and ID
- Aircraft Type (mandatory), Tail Number, and Flight Number
- Operation Type
- Crew Base and Inflight Team Leader
- Departure and Destination Point
- Diversion City
- Charter Route
- Misconduct Type
- Did the Customer have a Disability?
- Disturbance Level
- Title/Brief Description
- Event/Concern Description (include the name(s), address(es), and telephone number(s) of Customers who may serve as witnesses.)

Additional information for submitting an IIR:

- Document specific actions associated with the incident
- Omit personal feelings and opinions
- If multiple incidents occurred during the flight, submit a report for each incident

**Note**

The IIR is a legal document.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000100**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Flight Attendant Manual (FAM)**



**Security/Hazmat Procedures**

### 7.2.6    General Procedures for Handling Inflight Disturbances

Last Revised:  2017-03-01

Disturbances that occur after the boarding door has been closed (except for alcohol and smoking related events) should be handled as outlined in the following flow chart.

Depending on the severity of the disturbance, Crewmembers may need to bypass steps on the flow chart.  Section 7.2.8, Threat Levels, provides examples of Customer disturbances and the appropriate response.

For alcohol related events, follow the procedures outlined in Section 7.3, Alcohol Awareness.

For smoking related events, follow the procedures outlined in Section 7.4, Smoking Onboard.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000101**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

### Figure 7-1. Handling Inflight Disturbances

Uncontrolled copy when printed or downloaded.

WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000102

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

### 7.2.7 Specific Procedures for Inappropriate Touching/Sexual Assault

Last Revised: 2017-03-01

If a Customer reports that they have been the victim of unwanted touching or a sexual assault by another Customer, Inflight Crewmembers are to take the following action:

- Obtain the seat numbers of all Customers in question.
- Notify the Flight Deck immediately.
- Speak to reporting Customer discreetly regarding incident. If Customer desires, attempt to relocate the reporting Customer to another open seat in the cabin.
  - If no open seats are available, attempt to locate a non-revenue JetBlue Crewmember and have them switch seats with the reporting Customer.
    - If Customer does not wish to move or if there are no non-revenue JetBlue Crewmembers available, Crewmembers are to make frequent cabin walkthroughs to ensure the Customer in question is aware of their presence.
- If the situation escalates, notify any LEOs onboard of the activity. (
- Request the Flight Deck Crew arrange for Law Enforcement and Blue City leadership                to meet the aircraft upon arrival.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000103**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**Flight Attendant Manual (FAM)**

## Security/Hazmat Procedures

### 7.2.8    Threat Levels

Last Revised: 2017-03-01

The TSA, in collaboration with the FAA, has developed a four-tiered scheme of threat levels, which has proven useful as a common reference and vocabulary in determining the seriousness of disturbances caused by Customers. The following charts define and outline actions to be taken by Crewmembers for each of the four threat levels.

**Threat Level 1**

**Disruptive Behavior – Suspicious or Threatening**

| Definition | Examples | Action by Crew |
|---|---|---|
| Disruptive behavior that may or may not require the assistance of Law Enforcement Officers (LEOs) | • Irrational or disorderly behavior caused by drugs, alcohol, or emotional instability.<br>• Abusive language<br>• Pointedly defiant acts or body language<br>• Failure to comply with crew instructions and/or no smoking regulations | • Request the intervention of a GSC or other appropriate authority (once on the ground) and submit an Inflight Irregularity Report (IIR)<br>• Issue a "Notice to Cease Objectionable and Illegal Behavior" |

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000104**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Flight Attendant Manual (FAM)



## Security/Hazmat Procedures

### Threat Level 2

### Physically Abusive Behavior

| Definition | Examples | Action by Crew |
|---|---|---|
| Escalation of Threat Level 1, which requires presence of Law Enforcement Officers upon landing | | • Request the intervention of a GSC or other appropriate authority (once on the ground)<br>• Issue a "Notice to Cease Objectionable and Illegal Behavior"<br><br><br><br>• All Crewmembers submit an Inflight Irregularity Report (IIR) |

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000105**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Flight Attendant Manual (FAM)**



## Security/Hazmat Procedures

### Threat Level 3

### Life Threatening Behavior

| Definition | Examples | Action by Crew |
|---|---|---|
| • Life threatening behavior that poses an imminent threat of death or serious bodily injury | | • Request the intervention of appropriate authorities (once on the ground) |
| | | • All Crewmembers submit an Inflight Irregularity Report (IIR) |

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000106**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**Flight Attendant Manual (FAM)**

## Security/Hazmat Procedures

### Threat Level 4

### Attempted or Actual Breach of the Flight Deck

| Definition | Action by Crew |
|---|---|
| Any attempt to breach the Flight Deck, whether attempted or threatened | |

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000107**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

### 7.2.9 Procedures for Removal of Customers

Last Revised: 2017-11-01

### 7.2.9.1 On the Ground

Last Revised: 2017-11-01

**Figure 7-2. Procedures for Removal of Customers**



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000108**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

---

**Note**

JetBlue has the duty as a common carrier to serve the public without discriminating.

---

### 7.2.9.2    In-Flight Requiring a Diversion

Last Revised: 2017-03-01

If an unscheduled stop is made to remove a Customer, the Captain has authority to issue all necessary orders and make all arrangements for removal.

---

**Note**

Security incidents may require the use of irregular procedures that may deviate from established policies in the Flight Attendant Manual (i.e., Customer in a jumpseat, Law Enforcement Officers standing for landing, etc.).

---

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000109**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

### 7.2.10    Reporting the Removal of Customers

Last Revised: 2017-03-01

When a Customer is removed for misconduct, intoxication, or criminal acts, the IFC:

- Shall submit an Inflight Irregularity Report (IIR) within 24 hours of the incident.
- Shall cooperate with law enforcement by providing any required statements and witness information.
- If requested to provide a statement, the IFC shall use the company address and phone number and should *never* provide personal information such as a home address or telephone number.

Corporate Address:

JetBlue Airways Corporation
27-01 Queens Plaza North
Long Island City, NY 11101
(718) 286-7900

### 7.2.11    Flight Deck Notification of Security Event / Suspicious Activity

Last Revised: 2017-03-01

Notify the Flight Deck discreetly in the event of suspicious activity, security breaches in the cabin, and any Level 3 or Level 4 security event.

IFC notifying the Flight Deck will:



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000110**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



### 7.2.12 Prohibited Item/Suspicious Device - Aircraft Search Checklist

In the event a threat is made against an aircraft during flight, Inflight Crewmembers may be instructed by the Flight Deck Crew to conduct a search of the aircraft in an attempt to locate prohibited item(s)/suspicious device(s). Inflight Crewmembers will use the Aircraft Search Checklist to inspect areas for concealed, prohibited and/or suspicious items in all areas of the aircraft. Should a prohibited item/suspicious device be located, Inflight Crewmembers will notify the Flight Deck immediately. If necessary, follow the procedures outlined in Section 7.5.6, Bomb and Sabotage Threats.

Use Table 7-1, Prohibited Item/Suspicious Device - Aircraft Search Checklist to search and inspect areas for concealed, prohibited and/or suspicious items.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000111**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Table 7-1. Prohibited Item/Suspicious Device - Aircraft Search Checklist**

| Prohibited Item/Suspicious Device - Aircraft Search Checklist |
| --- |



Uncontrolled copy when printed or downloaded.

WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000112**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Prohibited Item/Suspicious Device - Aircraft Search Checklist**



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000113
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

**Prohibited Item/Suspicious Device - Aircraft Search Checklist**



## 7.3    Alcohol Awareness

Last Revised:  2017-03-01

Serving alcohol onboard is an expected part of JetBlue's Inflight Service.  However, it must be served in a safe and effective manner to prevent problems on the aircraft.

It is important to remember that alcohol induced problems can intensify in the confines of an aircraft cabin.

- No person may drink any alcoholic beverage aboard an aircraft unless the certificate holder operating the aircraft has served that beverage to them.
- Alcohol is never served to anyone under the age of 21 and IFCs must check the photo ID of anyone who appears to be under 21 years of age.
- Alcohol is never to be served to a Law Enforcement Officer (LEO), Federal Flight Deck Officer (FFDO), or any other person carrying a dangerous weapon.
- For limits on alcohol brought onboard, refer to the Airport Operations Manual (AOM) on Comply365.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520.  NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED  N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000114**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# Flight Attendant Manual (FAM)

## Security/Hazmat Procedures

### 7.3.1    Intoxicated Customers

Last Revised: 2017-03-01
Regulation: 14 CFR 121.575

A Customer who appears intoxicated shall not be allowed to board the aircraft, and a Customer onboard an aircraft who appears to be intoxicated during flight shall not be served any more alcohol.

### 7.3.2    Methods Available to Limit Consumption

Last Revised: 2017-03-01

**Provide Alternatives**

- Engage Customer in conversation.
- Suggest s/he watch Inflight Entertainment System.

**Offer Food**

- Offer snacks and non-alcoholic beverages, especially water.

**Refuse Alcohol**

- Tactfully inform Customer that they will not be served any more alcohol.
- Use the utmost diplomacy but be firm, since the intoxicated Customer is not likely to be rational.
- Keep the Customer informed, but never tell them that they are "drunk" or "intoxicated."
- Tell the Customer that you are responsible for their safety and the safety of the other Customers.
- Keep message short, clear, and professional.
- Inform other IFC(s) and the Flight Deck Crew that the Customer has been refused alcohol.

### 7.3.3    Procedure for Reporting Alcohol-Related Disturbances

Last Revised: 2017-03-01

1. Notify the Captain.

2. All IFCs complete and submit an Inflight Irregularity Report (IIR).

3. Captain will complete a Flight Crew Irregularity Report.

4. The Safety Department will report alcohol-related Customer disturbances to the FAA within 5 days as required by FAR 121.575.[14 CFR 121.575]

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000115**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# 7.4     Smoking Onboard

Last Revised: 2017-03-01
Regulation: 14 CFR 121.317

The table below outlines JetBlue Airways' Smoking Onboard policy and the procedures to follow in the event of non-compliance with the policy. JetBlue Airways prohibits smoking and the use/charging of e-cigarettes on all flights.

| Customer | IFC Action |
|---|---|
| Customer was believed to be smoking and extinguishes smoking material | 1. Verbal Warning: Advise Customer it is against the law and they may be fined.<br>2. Search for discarded smoking material.<br>3. Notify the Captain.<br>4. All IFCs submit an IIR. |
| Customer was observed smoking<br>*or*<br>Customer refuses to extinguish smoking material<br>*or*<br>Customer has tampered with the smoke detector<br>*or*<br>Customer re-lights smoking material after verbal warning | 1. Notify the Captain: the Captain will arrange for a GSC to meet the flight upon arrival at the gate (if on the ground without the Flight Deck Crew, contact an AO Crewmember).<br>2. Issue a "Notice to Cease Objectionable and Illegal Behavior."<br>3. All IFCs submit an IIR. |

# 7.5     Security

Last Revised: 2017-03-01

JetBlue Airways' security procedures and policies are not contained in this manual due to the confidential nature of the information. Security procedures training is received during Initial Qualification and Continuing Qualification Training. Contact the Corporate Security Department or refer to the Security Manual (SM) on Comply365, for specific details.

## 7.5.1     First Flight / International Flight Security Checks

Last Revised: 2017-03-01

A physical search of the aircraft shall be conducted:

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000116
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Note**

Some stations may require Crewmembers to deplane the aircraft with their belongings while security searches are conducted. If requested, Inflight Crewmembers will comply with this request and board the aircraft once security checks have been completed.

### 7.5.2    Aircraft Security

Last Revised:  2017-03-01

Effective security requires the involvement of, and communication between, all JetBlue Crewmembers. It is the responsibility of each IFC to have an awareness of the standard security measures which include, but are not limited to:

- Ensuring that only authorized persons displaying an ID, or ticketed Customers are in the vicinity of the aircraft.
- Closing and securing jetbridge doors when the aircraft is not attended.
- Maintaining an awareness of the surroundings, and looking for unauthorized bags or other items in the cabin, overhead bins, stowage compartments, lavatories and galleys, as well as looking for suspicious/unusual behavior or activity.
- Communicating anything unusual to the Captain, AO Crew, or another IFC.
- Being aware of suspicious and/or inappropriate items carried into lavatories.

### 7.5.3    Enroute Flight Deck Entry

Last Revised:  2017-03-01
Regulation:  14 CFR 121.584

Only working Crewmembers can enter the Flight Deck during flight or be on the Flight Deck side of the galley cart when put in place for Flight Deck access.



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED  N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION.  UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES. PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000117**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



Uncontrolled copy when printed or downloaded.
WARN NG: THIS RECORD CONTA NS SENSITIVE SECURITY NFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADM NISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIV L PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000118**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000119
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### 7.5.4    Flight Deck Emergency Entry

Last Revised:  2017-03-01

**A320/A321**



Uncontrolled copy when printed or downloaded.

WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT  N CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000120**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



### 7.5.5    Cabin Surveillance System

Last Revised:  2017-03-01

JetBlue Airways has installed cameras in the cabin of some aircraft for the safety and security of our Crewmembers and Customers. Use of the cameras for any purpose other than the safety and security of our Crewmembers and Customers is strictly prohibited. Since Flight Deck personnel cannot leave the Flight Deck for security reasons, these cameras allow the Flight Deck Crew to have invaluable information to relay to ground personnel in the event of a security or medical issue onboard an aircraft.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000121**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Flight Attendant Manual (FAM)**

## Security/Hazmat Procedures

# 7.5.6 Bomb and Sabotage Threats

Last Revised: 2017-06-05

Every threat situation is unique and clear communication between IFCs and the Flight Deck Crew is vital to a successful outcome. All IFCs must understand and follow instructions from the Captain (and Federal Air Marshals, if present).

If any evidence of sabotage or an actual or suspected explosive device is discovered, report it immediately to the Captain.

Sabotage is ▓▓▓▓▓▓▓▓▓▓▓▓. IFCs must follow the instructions outlined in the Action by Crew column ▓▓▓▓▓▓▓▓ Chart in Section 7.2.8.

### 7.5.6.1 Suspicious Device Identification

Last Revised: 2017-06-05

For identification purposes, the four main components of an Improvised Explosive Device (IED/Bomb) are typically referred to by the PIES acronym:

- **P**ower Source
- **I**nitiator
- **E**xplosive Material
- **S**witch

Additional components of a device may include wires and/or timing mechanisms.

### 7.5.6.2 Suspicious Device Response

Last Revised: 2017-06-05

1. Immediately notify the Captain ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Ensure Flight Deck remains in lockdown in accordance ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. Coordinate a response plan with the Flight Deck Crew ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. The Flight Deck Crew will make an announcement to Customers instructing the following:

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED  N 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000122
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Security/Hazmat Procedures

- Listen to and follow all instructions
- Hands must remain in view
- Customers may have to move seats and share, if necessary
- Turn off all electronic devices

6.

| Note |
| --- |
| |

### 7.5.6.3    Least Risk Bomb Location Stack Procedure

Last Revised: 2017-06-05

The Least Risk Bomb Location Stack Procedure is designed to:

**Procedure**

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000123**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000124**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## 7.5.7 Personal Security Guidelines and Recommendations

Last Revised: 2017-03-01

**General**

- Do not leave personal baggage unattended in any public area.
- Remove JetBlue ID from Customer view after boarding the aircraft.
- Attach a business address, not a home address, to personal baggage.

**Hotel Security**

- Do not travel with expensive jewelry.
- Do not leave valuables in the room (i.e., purse, passport, money).
- Do not allow the assigned room number to become public knowledge.
- If unfamiliar with the hotel, ask the front desk for specific directions to the room.
- Coordinate with Crewmembers to determine a place to meet if evacuation of the hotel becomes necessary.
- If alone, request a hotel personnel escort to the room, and ask that they perform a security check of the room.
- Do not stop at the assigned room if under suspicion of being watched or followed.
- Use a buddy-system to check rooms and ensure each Crewmember has safely entered and locked their door.
- Upon entering the room, check under the bed(s), behind the curtains, the closet, and the peep hole. Check the room locks and balcony doors. If any locks are not working properly, request another room.
- Lock all doors with dead bolt/u-clasp while in the room.
- Do not open the door for anyone unexpected. If someone requests entrance, call the front desk to validate their credentials.
- Become familiar with the nearest exits in case of fire.
- Leave a television/radio and lights on and post a "Do Not Disturb" sign when leaving the room.
- When leaving the hotel, carry the hotel phone number and address and let another Crewmember know of your intended destination.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000125**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



**Flight Attendant Manual (FAM)**

## Security/Hazmat Procedures

# 7.6    Hazardous Materials

Last Revised: 2016-12-16
Regulation: 49 CFR 175.10; 14 CFR 121.135(B)

## 7.6.1    Regulation

Last Revised: 2017-03-01

JetBlue is responsible for compliance with all provisions of the Hazardous Materials Regulations (HMR), Title 14 and 49, Code of Federal Regulations. [14 CFR 121.135(b)]

## 7.6.2    Definition

Last Revised: 2017-03-01

A substance or material which has been determined, by the Secretary of Transportation, to be capable of posing an unreasonable risk to health, safety, or property when transported by air and which has been so designated.

## 7.6.3    JetBlue Hazardous Materials Policy

Last Revised: 2017-03-01

It is JetBlue policy to avoid carriage of Hazardous Materials not qualified. Hazardous materials are prohibited in luggage or carry-on baggage. JetBlue's complete Hazardous Materials Policy can be found in Chapter 7 of the Approved Programs Manual (APM) located on Comply365.

## 7.6.4    List of Acceptable Items in Cabin

Last Revised: 2017-03-01

The following list is not all-inclusive. Refer to the Airport Operations Manual (AOM) on Comply365 for more information.

### 7.6.4.1    Acceptable Items in the Cabin

Last Revised: 2017-06-05

- **Personal Care Items –** (i.e., flammable perfume, aerosols, etc.) Totaling no more than 70 ounces by mass or 68 fluid ounces. Contents of each container may not exceed 16 ounces fluid by volume or 18 ounces by mass. Aerosols must have a protective cap.
- **Nail polish/nail polish remover –** May be carried onboard the aircraft in carry-on luggage, however, neither item may be used while onboard the aircraft.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000126**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

- **Dry Ice**
  - ○ **Dry ice carried onboard by Customers:** For packing perishables, dry ice (2.5 kg / 5.5 lbs or less) may be carried onboard the aircraft provided the package is vented to allow $CO_2$ gas build-up to escape.
  - ○ **Dry ice handling procedures:** Dry ice will be provisioned by Business Partners in carts and/or bins to chill products.
    - ■ Keep dry ice inside packaging and never handle with bare hands.
    - ■ Do not add water to dry ice.

| **Warning** |
|---|
| Adding liquids of any type to dry ice may result in a chemical reaction that could trigger an explosion resulting in a physical injury. |

  - ■ Never use for first aid treatment.
  - ■ Dry ice is not for public use – never give to a Customer.
  - ■ Do not use dry ice to chill Customer or Crewmember items including but not limited to medications, food, drink, etc.
  - ■ Use c-fold towels (from galley or lavatory - three thick) when handling dry ice.
  - ■ Grasp corner of packaged dry ice when handling.
  - ■ Place dry ice package in the slide out dry ice compartment on top of cart or in empty, dry cart drawer.
  - ■ Do not discard dry ice in the trash.

| **Note** |
|---|
| Inflight Crewmembers should contact the Flight Deck if they suspect a Fresh BOB cart has not been provisioned with dry ice. |

- **Lithium Ion Batteries for Mobility Devices:**
  - ○ May be carried onboard the aircraft in carry-on luggage.
  - ○ Spare batteries are limited to either one spare battery not exceeding 300 Wh (25 grams of equivalent lithium content) or two spare batteries not exceeding 160 Wh (13.5 grams of equivalent lithium content).
  - ○ Batteries must be individually protected to prevent short circuits by placing them in the original packaging or insulating the battery terminals (e.g., taping over exposed terminals or placing each battery in a separate plastic bag or pouch.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000127**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

## Security/Hazmat Procedures

- ◦ AO Crewmember will place an Assistive Device and Battery Information tag on the battery indicating the battery has been inspected and approved for transport.

### 7.6.4.2  Acceptable Items in the Cargo Compartment

Last Revised: 2017-03-01

- **Electric Wheelchairs –** must be transported in accordance with requirements found in the Airport Operations Manual (AOM) and Approved Programs Manual (APM).

## 7.6.5  List of Unacceptable Items in Cabin

Last Revised: 2017-06-05

The following list is not all-inclusive.  Refer to the Airport Operations Manual (AOM) and Appendix K of the Approved Programs Manual (APM) on Comply365 for more information.

- Fireworks
  - ◦ Signal flares, sparklers, or other explosives
- Flammable liquids or solids
  - ◦ Fuel and paints
- Helium filled balloon, or any other helium filled object(s)
- Household items
  - ◦ Drain cleaners and solvents
- Pressure containers
  - ◦ Spray cans, butane fuel, scuba tanks, propane tanks, self-inflating rafts
- Weapons
  - ◦ Firearms, ammunition, gunpowder, mace, tear gas or pepper spray
- Other hazardous materials
  - ◦ Gasoline-powered tools, wet-cell batteries, camping equipment with fuel, radioactive materials (except limited quantities), poisons, infectious substances
- Self-defense spray/pepper spray
- Self-heating meals
- Samsung Galaxy Note 7
  - ◦ This device may not be shipped as air cargo, placed in checked or carry-on baggage, or be carried in the cabin of the aircraft by a Customer or Crewmember.

If encountering a self-heating meal *before* it has been activated, IFCs will:

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000128**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

*SENSITIVE SECURITY INFORMATION*



## Security/Hazmat Procedures

- Inform the Customer that the item is prohibited by JetBlue and may not be activated during flight.

If encountering a self-heating meal *after* it has been activated, IFCs will:

- Monitor the situation to the best of their ability to ensure packaging is not placed in such a position to facilitate any hazard onboard the aircraft.
- Collect and dispose of regular service items once container has cooled down and safe to handle.

### 7.6.6    Hazardous Materials Warning Labels

Last Revised:  2017-03-01

If an IFC discovers a package with any of these labels or similar labels on it, s/he must immediately notify the Captain and, if on the ground, an AO Crewmember must be notified.



Uncontrolled copy when printed or downloaded.

WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



### 7.6.7     Hazardous Materials Leak

Last Revised: 2017-03-01

A liquid, powder or vapor of any kind that is obviously outside of its packaging, must be treated as a potential hazardous material. Should any JetBlue Crewmember detect damage or leakage of an unknown substance, note the following:

- Notify the Flight Deck (or an AO Crewmember if aircraft is on the ground).
- Contact will be made with 3E who will provide instruction for Inflight Crewmembers regarding assistance in identification of hazards, clean-up methods and waste disposal.
- Do not attempt to clean-up hazardous spills.
- Without making direct contact with substance:
  - Attempt to identify the source from obvious labels and markings, and continue to look for obvious signs of Dangerous Goods/Hazmat.

Uncontrolled copy when printed or downloaded.

WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENC ES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000130**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**


## Security/Hazmat Procedures

- If item is baggage, attempt to locate the Customer from the name tag or bag tag.
- Attempt to remove all items in the immediate areas that have not been contaminated.
- If the item is confirmed non-hazardous, remove and clean up area of spill.

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALITIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCIES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

**JB 000131**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**


**INTENTIONALLY LEFT BLANK**

Uncontrolled copy when printed or downloaded.
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD
MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW," AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE
ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR THE SECRETARY OF TRANSPORTATION. UNAUTHORIZED RELEASE MAY RESULT IN
CIVIL PENALTIES OR OTHER ACTION. FOR U.S. GOVERMENT AGENCES, PUBLIC DISCLOSURE IS GOVERNED BY 5 USC 552 AND 49 CFR PARTS 15 AND 1520.

JB 000132
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**