**FILED**

**APR 15 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ABDIKARIM KARRANI,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>JETBLUE AIRWAYS CORPORATION,<br>a Delaware corporation,<br><br>    Defendant-Appellee. | No. 19-35739<br><br>D.C. No. 2:18-cv-01510-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant filed a notice of intent to publicly file previously sealed documents pursuant to Ninth Circuit Rule 27-13(f) (Docket Entry No. 22-1), and submitted Volume V of the excerpts of record provisionally under seal (Docket Entry No. 22-2). Appellee filed a motion (Docket Entry No. 26) to maintain under seal a portion of Volume V of the excerpts of record, Exhibit A to the Declaration of Spencer Elliott, at appellant's excerpts of record pp. 748-774. Appellant has opposed the motion to maintain this document under seal.

Subject to reconsideration by the panel assigned to decide the merits of the appeal, appellee's opposed motion (Docket Entry No. 26) to file and maintain under seal appellant's excerpts of record pp. 748-774 is granted.

The Clerk shall maintain under seal appellee's motion to seal (Docket Entry No. 26), shall publicly file the notice to unseal (Docket Entry No. 22-1), the opening brief (Docket Entry No. 20), and Volumes I through IV of the excerpts of record (Docket Entry No. 21), and shall file under seal Volume V of the excerpts of record (Docket Entry No. 22-2).

Within 21 days after the date of this order, appellant shall submit for public filing a redacted version of Volume V of the excerpts of record, omitting Exhibit A to the Declaration of Spencer Elliott, at appellant's excerpts of record pp. 748-774. The public redacted volume of the excerpts of record should not be re-numbered, and the existing excerpt citations in the brief should not be altered.

The existing briefing schedule shall continue in effect.